Steven E. Turner (Bar No. 33840)
Steven Turner Law PLLC
1409 Franklin Street, Suite 216
Vancouver, WA 98660
steven@steventurnerlaw.com
(971) 563-4696

*Attorney for plaintiff*
Miroslav Moravec

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIROSLAV MORAVEC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NBCUniversal, INC.,<br><br>Defendant. | Case No. 3:13-cv-06011<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

This action is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without costs or fees to any party.  Defendant has not served an answer or motion for summary judgment.

DATED this 22nd day of January, 2014     STEVEN TURNER LAW PLLC


s/ *Steven E. Turner*
_____
Steven E. Turner
Attorney for Plaintiff Miroslav Moravec